

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1 <br> KML Law Group, P.C. <br> By: Denise Carlon Esquire <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> 201-549-2363 <br> Attorneys for Secured Creditor: LAKEVIEW LOAN SERVICING, LLC |

**Order Filed on March 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 23-10017 CMG |
|---|---|
| | Adv. No.: |
| Thomas R. Yesuvida, | Hearing Date: 1/24/17 @10:00 a.m. |
| Debtor. | Judge: Christine M. Gravelle |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 15, 2023**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:     Thomas R. Yesuvida
Case No.:   23-10017 CMG
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, LAKEVIEW LOAN SERVICING, LLC, holder of a mortgage on real property located at 387 Frog Pond Road Little Egg Harbor Township, NJ, 08087, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Carrie J. Boyle, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor, which is claim number 14 on the claims register for an arrearage of $1,578.33, in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim and notices of payment change.; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.