| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Carrie J. Boyle, Esq.**<br>**Boyle & Valenti Law, P.C.**<br>**1940 Route 70 East, Suite 4**<br>**Cherry Hill, NJ 08003**<br>**(856) 499-3335**<br>**cboyle@b-vlaw.com**<br>**Attorneys for Debtor, Thomas Yesuvida** | |
| In re:<br>　　　**THOMAS R YESUVIDA,**<br><br>　　　　　　　　　　**DEBTOR.** | Case No.: **23-10017**<br><br>Chapter: **13**<br><br>Hearing Date:<br><br>Judge: **CMG** |

## CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Carrie Boyle, Esq.**, who represents **Thomas Yesuvida** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **March 16, 2023**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - **Notice of Amendment Schedule E/F and Confirmation Hearing**
   - **Notice of Chapter 13 Case**
   - **Last Modified Chapter 13 Plan**
   - **Order Respecting Amendments**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **March 16, 2023**　　　　　　　　　　　　　　　　**/s/ Lisa Grigley**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Angelica Kuehn**<br>**801 Willow Point Drive**<br>**Jackson, NJ 08527** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Diane Schaumloeffel**<br>**141 Meirs Road**<br>**Cream Ridge, NJ 08514** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Matt Cesario**<br>**106 Burning Wood Court**<br>**Mt. Laurel, NJ 08054** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Lakeview Loan Servicing, LLC**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Forclosure in the Name of Lakeview Loan Servicing, LLC**<br>**701 Market Street, Suite 5000**<br>**Philadephia, PA 19106** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

*rev. 8/1/15*

3

|  |  | ☐ Other ___<br>(as authorized by the court *) |
|---|---|---|
| **Thomas Yesuvida**<br>**387 Frog Pond Road,**<br>**Little Egg Harbor, NJ 08087** | **Debtor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.