Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-10017 / CMG**

Thomas R Yesuvida

Petition Filed Date: 01/02/2023
341 Hearing Date: 02/02/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2023 | $600.00 | | | | | | | |

**Total Receipts for the Period:  $600.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas R Yesuvida | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Carrie J. Boyle, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | UPSTART NETWORK | Unsecured Creditors | $13,544.73 | $0.00 | $0.00 |
| 2 | U.S. DEPARTMENT OF HUD »» P/387 FROG POND RD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, N.A. »» 2015 TOYTOTA HIGHLANDER | Debt Secured by Vehicle | $647.20 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,952.13 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE »» 2022 EST TAXES | Priority Crediors Hold Funds: Estimated | $500.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,061.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,424.42 | $0.00 | $0.00 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $915.59 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $827.42 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC »» 1ST N AMER NATL BANK | Unsecured Creditors | $186.47 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC »» REWARD660 VISA META BANK | Unsecured Creditors | $381.23 | $0.00 | $0.00 |
| 12 | MARINER FINANCE LLC | Unsecured Creditors | $8,472.68 | $0.00 | $0.00 |
| 13 | RESURGENT CAPITAL SERVICES | Unsecured Creditors | $16,626.70 | $0.00 | $0.00 |
| 14 | LAKEVIEW LOAN SERVICING LLC »» P/387 FROG POND ROAD/1ST MTG | Mortgage Arrears | $1,578.33 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» MERCURY MC | Unsecured Creditors | $2,956.18 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10017 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $6,274.66 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,841.78 | $0.00 | $0.00 |
| 18 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $688.37 | $0.00 | $0.00 |
| 19 | SYNCHRONY BANK<br>»» LOEW'S CC | Unsecured Creditors | $139.40 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,578.26 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINEWISE BANK | Unsecured Creditors | $18,647.07 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

Total Receipts: $600.00   Percent to General Unsecured Creditors: 100%
Paid to Claims: $0.00   Current Monthly Payment: $600.00
Paid to Trustee: $43.20   Arrearages: $0.00
Funds on Hand: $556.80

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for FREE! Register today at www.ndc.org or scan this code to get started.**

