Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10017−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas R Yesuvida
   387 Frog Pond Road
   Little Egg Harbor Tw, NJ 08087

Social Security No.:
   xxx−xx−3232

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      5/17/23
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Carrie J. Boyle, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,621.00

EXPENSES
$51.98

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 12, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas R Yesuvida  
    Debtor

Case No. 23-10017-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Apr 12, 2023     Form ID: 137     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas R Yesuvida, 387 Frog Pond Road, Little Egg Harbor Tw, NJ 08087-9700 |
| 519837870 | + | Angelica Kuehn, 801 Willow Point Drive, Jackson, NJ 08527-5505 |
| 519837868 | + | Diane Schaumloeffel, 141 Meirs Road, Cream Ridge, NJ 08514-1613 |
| 519803510 | + | Joy E. Seymour, 387 Frog Pond Rd., Little Egg Harbor Twnshp., NJ 08087-9700 |
| 519803512 | + | Little Egg Harbor Township Tax Collector, 665 Radio Road, Tuckerton, NJ 08087-1892 |
| 519837869 | + | Matt Cesario, 106 Burning Wood Court, Mount Laurel, NJ 08054-3106 |
| 519858146 | + | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803496 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 12 2023 20:30:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519803497 | + | Email/Text: bk@avant.com | Apr 12 2023 20:31:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519803498 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 12 2023 20:39:57 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519803503 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2023 20:30:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 519803499 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 20:39:31 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519837197 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2023 20:39:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:40:05 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519803502 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:39:36 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519855640 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:39:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519803504 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 12 2023 20:39:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519803505 | ^ | MEBN | Apr 13 2023 12:55:25 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374-0241 |

Case 23-10017-CMG    Doc 31    Filed 04/14/23    Entered 04/15/23 00:16:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 49 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 519803506 | ^ MEBN | Apr 13 2023 12:55:42 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 519803507 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 12 2023 20:39:33 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519803508 | + Email/Text: cashiering-administrationservices@flagstar.com | Apr 12 2023 20:31:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519849136 | + Email/Text: cashiering-administrationservices@flagstar.com | Apr 12 2023 20:31:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519803509 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2023 20:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519841624 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2023 20:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519803500 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2023 20:39:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519820505 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 12 2023 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519836137 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803511 | ^ MEBN | Apr 13 2023 12:56:04 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519803513 | + Email/Text: bankruptcy@marinerfinance.com | Apr 12 2023 20:30:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519843409 | + Email/Text: bankruptcy@marinerfinance.com | Apr 12 2023 20:30:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519803514 | + Email/Text: Mercury@ebn.phinsolutions.com | Apr 12 2023 20:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519858740 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2023 20:39:34 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519837632 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2023 20:31:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519803516 | ^ MEBN | Apr 13 2023 12:56:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519860612 | + Email/Text: bncmail@w-legal.com | Apr 12 2023 20:31:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519859376 | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2023 20:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519852793 | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2023 20:30:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519844985 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:40:01 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803515 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 12 2023 20:30:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 519803635 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803517 | + Email/PDF: gecsedi@recoverycorp.com | | |

Case 23-10017-CMG    Doc 31    Filed 04/14/23    Entered 04/15/23 00:16:12    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 519803518 | ^ | MEBN | Apr 12 2023 20:39:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519811754 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 13 2023 12:55:49 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| | | | Apr 12 2023 20:39:32 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519803519 | + | Email/Text: LCI@upstart.com | Apr 12 2023 20:30:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519806993 | ^ | MEBN | Apr 13 2023 12:56:16 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519818919 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:33 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 519803520 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:33 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Thomas R Yesuvida cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net |
| Denise E. Carlon | on behalf of Creditor FORECLOSE IN THE NAME OF LAKEVIEW LOAN SERVICING LLC WHETHER THEFORECLOSURE IS JUDICIAL OR NONJUDICIAL. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5