UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
Attorneys for the Debtor

Order Filed on May 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Yesuvida,

          Debtor.

Case No.: 23-10017

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 18, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Boyle & Valenti Law, P.C. _____ , the applicant, is allowed a fee of $ \_\_\_\_\_ 2,621.00 * \_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_ 51.98 \_\_\_\_\_ for a total of $\_\_\_\_\_ 2,672.98 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

* Unpaid pre-petition fees due in the amount of $1,160.50.
   Post-petition fees due in the amount of $1,460.50.

*rev.8/1/15*