UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 24-030237
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

| | |
|---|---|
| In Re:<br><br>THOMAS R. YESUVIDA,<br>                         DEBTOR | Case No.: 23-10017-CMG<br><br>Judge: HONORABLE CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To: The Court Clerk of the United States Bankruptcy Court

PLEASE TAKE NOTICE that the undersigned attorney of law appears for the Secured Creditor, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. Pursuant to the Rules of the Bankruptcy Court R. 2002 and 9010, the undersigned requests all notices given or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth above.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any applications, notices, petitions, pleadings, complaints, and demands, transmitted or conveyed by mail, delivery, telephone, overnight mail, telex or otherwise, which affect the Debtor(s), estate, or property of the state.

Dated: 1-22-2024

LOGS LEGAL GROUP LLP

By: */s/Elizabeth L. Wassall*
      Elizabeth L. Wassall, Esquire

File #24-030237