UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 24-030237
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

**Order Filed on March 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

THOMAS R. YESUVIDA,
                          DEBTOR

Case No.: 23-10017-CMG

Judge: HONORABLE CHRISTINE M. GRAVELLE

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 20, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a vehicle installment contract obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.    As of February 15, 2024, Debtor is delinquent in post-petition payments on the 2015 Toyota Highlander [VIN 5TDDKRFH4FS202231] for the months of November 3, 2023 in the (partial) amount of $585.60, and December 3, 2023 through and including February 3, 2024 in the amount of $689.60 each, for a total post-petition delinquency amount of $2,654.40 due to the Secured Creditor.

2.    To cure the delinquency of $2,654.40 outlined in Paragraph one (1) above, Debtor shall remit monthly cure payments of $442.40 for the months of March 3, 2024 through and including August 3, 2024, directly to Secured Creditor.

3.    Starting March 3, 2024, Debtor shall also maintain all contractually due post-petition payments, which currently amount to $689.60 monthly, directly to Secured Creditor.

4.    If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
_____

Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

Date: ____3-4-2024_____

Carrie J. Boyle, Esquire
Attorney for the Debtor

Date: __3/1/24_____