UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Carrie J. Boyle, Esq.**
**Boyle & Valenti Law, P.C.**
**1940 Route 70 East, Suite 4**
**Cherry Hill, NJ 08003**
**(856) 499-3335**
**cboyle@b-vlaw.com**
**Attorneys for Debtor, Thomas Yesuvida**

In re:

    **THOMAS R YESUVIDA,**

                    **DEBTOR.**

Case No.: **23-10017**

Chapter: **13**

Hearing Date:

Judge: **CMG**

# CERTIFICATION OF SERVICE

1. I, **June Pryor**

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Carrie Boyle, Esq.**, who represents **Thomas Yesuvida** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **August 12, 2024** I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Application for Retention of Professional
   - Certfication of Professional in Support of Applicaiton for Retention of Professional
   - Proposed Order Authorizing Retention of Realtor Nicole Pagnoni

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **August 12, 2024**

**/s/ June Pryor**
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Kathleen M. Magoon, Esquire**<br>**Elizabeth L. Wassall, Esquire**<br>**LOGS Legal Group LLP**<br>**14000 Commerce Parkway, Suite B**<br>**Mount Laurel, NJ 08054** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Sychrony Bank**<br>**c/o PRA Receivables Management**<br>**PO Box 41021**<br>**Norfolk, VA 23541** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Denise E. Carlon, Esquire**<br>**KML Law Group, PC**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Thomas Yesuvida**<br>**387 Frog Pond Road,**<br>**Little Egg Harbor, NJ 08087** | **Debtor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev. 8/1/15