UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Carrie J. Boyle, Esq.**
**Boyle & Valenti Law, P.C.**
**1940 Route 70 East, Suite 4**
**Cherry Hill, NJ 08003**
**(856) 499-3335**
**cboyle@b-vlaw.com**
**Attorneys for Debtor, Thomas Yesuvida**

In re:

    **THOMAS R YESUVIDA,**

           **DEBTOR.**

| | |
|---|---|
| Case No.: | **23-10017** |
| Chapter: | **13** |
| Hearing Date: | |
| Judge: | **CMG** |

## CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Carrie Boyle, Esq.**, who represents

   **Thomas Yesuvida** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **October 4, 2024** I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **- Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **October 4, 2024**

**/s/ Lisa Grigley**
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kathleen M. Magoon, Esquire<br>Elizabeth L. Wassall, Esquire<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Sychrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Denise E. Carlon, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Thomas Yesuvida<br>387 Frog Pond Road,<br>Little Egg Harbor, NJ 08087 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*