Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

　　　　　　　　　　　　　　　　Case No.: 23−10017−CMG
　　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　　Thomas R Yesuvida
　　387 Frog Pond Road
　　Little Egg Harbor Tw, NJ 08087

Social Security No.:
　　xxx−xx−3232

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/6/24 at 09:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:44 Consent Order) filed by Elizabeth L. Wassall on behalf of Wells Fargo Bank, N.A. dba Wells Fargo Auto. Objection deadline is 10/4/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification of Default # 4 Exhibit A− Order Resolving Motion to Vacate Stay) (Wassall, Elizabeth)

Dated: 10/7/24

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court