UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WAU 24-030237
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

In Re:

THOMAS R. YESUVIDA,
                    DEBTOR

Case No.: 23-10017-CMG

Judge: HONORABLE CHRISTINE M. GRAVELLE

Chapter: 13

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled  (COTBS)          ☐ Withdrawn

Matter: Creditor's Certification of Default     ECF Doc: 52

Date:   11-4-2024                    /s/Elizabeth L. Wassall
                                     Signature

*rev.8/1/15*