UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WAU 24-030237
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

In Re:

THOMAS R. YESUVIDA,
                     DEBTOR

**Order Filed on November 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-10017-CMG

Judge: HONORABLE CHRISTINE M. GRAVELLE

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 6, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, hereinafter "Secured Creditor", upon the filing of a Certification of Default for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a vehicle installment contract obligation, and due notice of said Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.    As of October 7, 2024, Debtor is delinquent in post-petition payments on the 2015 Toyota Highlander [VIN 5TDDKRFH4FS202231] for the months of July 3, 2024 payment in the (partial) amount of $116.00, and August 3, 2024 *Stipulation* payment in the amount of $442.40, and August 3, 2024 through and including October 3, 2024 payments in the amount of $689.60 each, for a total post-petition delinquency amount of $2,627.20 due to the Secured Creditor.

2.    To cure the delinquency of $2,627.20 outlined in Paragraph one (1) above, Debtor shall remit monthly cure payments of $875.74 for the months of November 18, 2024 through December 18, 2024, and a final cure payment of $875.72 on January 18, 2025, directly to Secured Creditor.

3.    Starting November 3, 2024, Debtor shall also maintain all contractually due post-petition payments, which currently amount to $689.60 monthly, directly to Secured Creditor.

4.    If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

*/s/Elizabeth L. Wassall*
_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

Date: 11-4-2024

_____
Carrie J. Boyle, Esquire
Attorney for the Debtor

Date: 11/4/24

2