| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-10017 / CMG**

Thomas R Yesuvida

Petition Filed Date: 01/02/2023
341 Hearing Date: 02/02/2023
Confirmation Date: 04/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | $600.00 | | 02/05/2024 | $600.00 | | 03/06/2024 | $600.00 | |
| 04/05/2024 | $600.00 | | 05/06/2024 | $600.00 | | 06/04/2024 | $600.00 | |
| 07/08/2024 | $600.00 | | 08/09/2024 | $600.00 | | 09/30/2024 | $600.00 | |
| 10/07/2024 | $600.00 | | 11/04/2024 | $600.00 | | 12/09/2024 | $600.00 | |

**Total Receipts for the Period:  $7,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas R Yesuvida | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Carrie J. Boyle, Esq.<br>»»  ORDER 5/18/23 | Attorney Fees | $2,672.98 | $2,672.98 | $0.00 |
| 1 | UPSTART NETWORK | Unsecured Creditors | $13,544.73 | $1,137.00 | $12,407.73 |
| 2 | U.S. DEPARTMENT OF HUD<br>»»  P/387 FROG POND RD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK, N.A.<br>»»  2015 TOYTOTA HIGHLANDER | Debt Secured by Vehicle | $647.20 | $647.20 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,952.13 | $151.71 | $1,800.42 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2022 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,061.00 | $82.45 | $978.55 |
| 7 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,424.42 | $110.70 | $1,313.72 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $915.59 | $71.16 | $844.43 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $827.42 | $64.30 | $763.12 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  1ST N AMER NATL BANK | Unsecured Creditors | $186.47 | $15.65 | $170.82 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  REWARD660 VISA META BANK | Unsecured Creditors | $381.23 | $17.33 | $363.90 |
| 12 | MARINER FINANCE LLC | Unsecured Creditors | $8,472.68 | $711.24 | $7,761.44 |
| 13 | LVNV FUNDING LLC<br>»»  RESURGENT | Unsecured Creditors | $16,626.70 | $1,395.72 | $15,230.98 |

**Chapter 13 Case No. 23-10017 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/387 FROG POND ROAD/1ST MTG/ORDER 3/15/23 | Mortgage Arrears | $1,578.33 | $1,578.33 | $0.00 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERCURY MC | Unsecured Creditors | $2,956.18 | $248.15 | $2,708.03 |
| 16 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $6,274.66 | $526.72 | $5,747.94 |
| 17 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,841.78 | $406.44 | $4,435.34 |
| 18 | CITIBANK, N.A.<br>»»  MY BEST BUY VISA PLATINUM | Unsecured Creditors | $688.37 | $53.50 | $634.87 |
| 19 | SYNCHRONY BANK<br>»»  LOEW'S CC | Unsecured Creditors | $139.40 | $0.00 | $139.40 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THE BANK OF MISSOURI | Unsecured Creditors | $1,578.26 | $122.65 | $1,455.61 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINEWISE BANK | Unsecured Creditors | $18,647.07 | $1,565.31 | $17,081.76 |
| 22 | LVNV FUNDING LLC<br>»»  PROSPER | Unsecured Creditors | $5,553.39 | $466.18 | $5,087.21 |
| 23 | MATT CESARIO | Unsecured Creditors | $2,000.00 | $155.42 | $1,844.58 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,800.00 | Plan Balance: | $22,200.00  ** |
| Paid to Claims: | $12,200.14 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $959.40 | Arrearages: | $600.00 |
| Funds on Hand: | $640.46 | Total Plan Base: | $36,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.