UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____                    _____
                                                  Debtor's Signature

Date: _____                    _____
                                                  Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# EXHIBIT A

# EXHIBIT A



**STATE OF NEW JERSEY**
**DEPARTMENT OF THE TREASURY**

Governor Phil Murphy • Lt. Governor Tahesha L. Way
NJ Home • Services A to Z • Departments/Agencies • FAQs

## Division of Taxation

Treasury   Taxation                                                                                        Taxation Data Security

### Income Tax Refund Status Inquiry

Privacy policy

✓ Data Entered     ✓ Processing     ✓ Checking for Accuracy     ✓ Approved

|                          |   |                |
|--------------------------|---|----------------|
| Social Security Number   | : | ***-**-3232    |
| Requested Refund Amount  | : | 3805.00        |
| Year                     | : | 2024           |

We approved your refund in the amount of $3,805.00 to be deposited into your bank account on 03/11/25. It can take up to five days to show in your bank account. If your refund does not appear in your bank account after 5 days, check the bank routing and account number reported on the bottom of your New Jersey State tax return.

- **If you have more than one bank account**, make sure you are looking at the deposit information for the correct account (e.g. savings vs checking.)

- **If the bank routing and account number reported on your New Jersey State tax return is incorrect**, contact the bank to find out what you should do next.

- **If you signed up for a refund anticipation loan or rapid refund**, you should contact the business you had file your New Jersey State return.

- **If your bank account was closed after you filed your New Jersey State tax return**, the bank will return the refund to us. We will send you a paper refund check through the mail, to the address listed on your New Jersey State tax return. Please allow 4 to 6 weeks for this process to be completed.

Logout



Equitable, Trustworthy, Compliance