| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, P.C.<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335<br>cboyle@b-vlaw.com<br>Attorneys for Debtor, Thomas Yesuvida | |
| In re:<br><br>    THOMAS R YESUVIDA,<br><br>                    DEBTOR. | Case No.:    23-10017<br><br>Chapter:    13<br><br>Hearing Date:<br><br>Judge:    CMG |

## CERTIFICATION OF SERVICE

1.  I, June Pryor

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for Carrie Boyle, Esq., who represents Thomas Yesuvida in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.  On March 7, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 7, 2025                                    /s/ June Pryor
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kathleen M. Magoon, Esquire<br>Elizabeth L. Wassall, Esquire<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Sychrony Bank<br>c/o PRA Receivables Management<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Denise E. Carlon, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Thomas Yesuvida<br>387 Frog Pond Road,<br>Little Egg Harbor, NJ 08087 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.