Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10017−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas R Yesuvida
   387 Frog Pond Road
   Little Egg Harbor Tw, NJ 08087

Social Security No.:
   xxx−xx−3232

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/9/25 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:44 Consent Order) filed by Elizabeth L. Wassall on behalf of Wells Fargo Bank, N.A. dba Wells Fargo Auto. Objection deadline is 03/7/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Wassall, Elizabeth)

Dated: 3/10/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court