| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Thomas R Yesuvida<br><br><br><br>Debtor(s) |

Case No.: 23-10017 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/3/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  4/3/2025                                                                                              /s/  Kierstyn Buchanan
                                                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Thomas R Yesuvida<br>387 Frog Pond Road<br>Little Egg Harbor Tw, NJ  08087 | Debtor(s) | Regular Mail |
| Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, PC<br>1940 Route 70 E., Suite 4<br>Cherry Hill,  NJ  08003 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |