<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Carrie J. Boyle, Esq.
Timothy H. King, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
tking@b-vlaw.com
Attorneys for Debtor, Thomas Yesuvida

</td></tr>
</table>

| In Re: | Case No.: 23-10017 |
|---|---|
| THOMAS R. YESUVIDA, | Chapter: 13 |
| Debtor. | Judge: CMG |

## WITHDRAWAL OF DOCUMENT #63

Thomas Yesuvida, the debtor in the above-captioned Chapter 13 proceeding, by and through the undersigned counsel, hereby withdraws the Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default, PACER Doc. No. 63, filed on March 7, 2025.

Dated: April 8, 2025            */s/Timothy H. King*
                                Timothy H. King, Esq.
                                Boyle & Valenti Law, P.C.
                                1940 Route 70 East, Suite 4
                                Cherry Hill, New Jersey 08003
                                856-499-3335
                                856-499-3304 (facsimile)