| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WAU 24-030237<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR WELLS FARGO BANK, N.A.,<br>D/B/A WELLS FARGO AUTO | |
|---|---|
| In Re:<br><br>THOMAS R. YESUVIDA,<br>　　　　　　　　　DEBTOR | **Order Filed on April 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 23-10017-CMG<br><br>Judge: HONORABLE CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

　　　Recommended Local Form　　　☐ Followed　　　☒ Modified

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: April 9, 2025**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the motion is granted, and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒Personal property more fully described as:
**2015 Toyota Highlander**
**VIN 5TDDKRFH4FS202231**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-10017-CMG
Thomas R Yesuvida  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Apr 09, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas R Yesuvida, 387 Frog Pond Road, Little Egg Harbor Tw, NJ 08087-9700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Thomas R Yesuvida cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor FORECLOSE IN THE NAME OF LAKEVIEW LOAN SERVICING  LLC WHETHER THEFORECLOSURE IS JUDICIAL OR NONJUDICIAL. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. dba Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 09, 2025 | Form ID: pdf903 | Total Noticed: 1

Timothy H King
    on behalf of Debtor Thomas R Yesuvida tking@b-vlaw.com  lgrigley@b-vlaw.com;jpryor@b-vlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7