| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Carrie J. Boyle, Esq.<br>Timothy H. King, Esq.<br>Boyle & Valenti Law, P.C.<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335<br>cboyle@b-vlaw.com<br>tking@b-vlaw.com<br>Attorneys for Debtor, Thomas Yesuvida |

| In Re: | Case No.: 23-10017 |
|---|---|
| THOMAS R. YESUVIDA, | Chapter: 13 |
| Debtor. | Judge: CMG |

## WITHDRAWAL OF DOCUMENT #74

Thomas Yesuvida, the debtor in the above-captioned Chapter 13 proceeding, by and through the undersigned counsel, hereby withdraws the Chapter 13 Debtor's Certification in Opposition to Trustee's Certification of Default, PACER Doc. No. 74, filed on April 17, 2025.

Dated: May 21, 2025

*/s/Carrie J. Boyle*
Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, New Jersey 08003
856-499-3335
856-499-3304 (facsimile)
Cboyle@b-vlaw.com