Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10017−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas R Yesuvida
   387 Frog Pond Road
   Little Egg Harbor Tw, NJ 08087

Social Security No.:
   xxx−xx−3232

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 22, 2025
JAN: rms

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 23-10017-CMG

Thomas R Yesuvida                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 4
Date Rcvd: May 22, 2025　　　　　　　　Form ID: 148　　　　　　　　　　Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas R Yesuvida, 387 Frog Pond Road, Little Egg Harbor Tw, NJ 08087-9700 |
| r | + | Nicole Pagnoni, RE/MAX Barnegat Bay, 1130 Hooper Avenue, Toms River, NJ 08753-8345 |
| 519837870 | + | Angelica Kuehn, 801 Willow Point Drive, Jackson, NJ 08527-5505 |
| 519837868 | + | Diane Schaumloeffel, 141 Meirs Road, Cream Ridge, NJ 08514-1613 |
| 519803510 | + | Joy E. Seymour, 387 Frog Pond Rd., Little Egg Harbor Twnshp., NJ 08087-9700 |
| 519803512 | + | Little Egg Harbor Township Tax Collector, 665 Radio Road, Tuckerton, NJ 08087-1892 |
| 520590522 |   | M&T Bank as Servicer, PO BOX 840, Buffalo, NY 14240-0840 |
| 520590523 |   | M&T Bank as Servicer, PO BOX 840, Buffalo, NY 14240-0840, M&T Bank as Servicer, PO BOX 840 Buffalo, NY 14240-0840 |
| 519837869 | + | Matt Cesario, 106 Burning Wood Court, Mount Laurel, NJ 08054-3106 |
| 519803516 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | May 22 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 22 2025 21:21:33 | Wells Fargo Bank, N.A. dba Wells Fargo Auto, 6061 N State Hwy 161, MAC T9017-015, Irving, TX 75038-2259 |
| 519803496 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 22 2025 21:10:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519803497 | + | Email/Text: bk@avant.com | May 22 2025 21:12:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519803498 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 22 2025 21:08:25 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519803503 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2025 21:10:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 519803499 | + | EDI: CAPITALONE.COM | May 23 2025 00:50:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519837197 | + | EDI: AIS.COM | May 23 2025 00:50:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803500 | + | EDI: JPMORGANCHASE | May 23 2025 00:50:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519803501 | + | EDI: CITICORP | May 23 2025 00:50:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519803502 |   | EDI: CITICORP | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | May 23 2025 00:50:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519855640 | EDI: CITICORP | May 23 2025 00:50:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519803504 | + Email/PDF: creditonebknotifications@resurgent.com | May 22 2025 21:21:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519803505 | Email/Text: bankruptcycourts@equifax.com | May 22 2025 21:11:00 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374 |
| 519803506 | ^ MEBN | May 22 2025 21:06:00 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 519803507 | + EDI: AMINFOFP.COM | May 23 2025 00:50:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519803508 | + Email/Text: nsm_bk_notices@mrcooper.com | May 22 2025 21:10:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519849136 | + Email/Text: nsm_bk_notices@mrcooper.com | May 22 2025 21:10:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519803509 | EDI: IRS.COM | May 23 2025 00:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519841624 | EDI: JEFFERSONCAP.COM | May 23 2025 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519820505 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 22 2025 21:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519803511 | Email/Text: Bkynotices@lendingpoint.com | May 22 2025 21:11:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 519836137 | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 21:21:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803513 | + Email/Text: bankruptcy@marinerfinance.com | May 22 2025 21:10:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519843409 | + Email/Text: bankruptcy@marinerfinance.com | May 22 2025 21:10:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519803514 | + Email/Text: Mercury@ebn.phinsolutions.com | May 22 2025 21:10:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519858740 | EDI: PRA.COM | May 23 2025 00:50:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519837632 | + EDI: JEFFERSONCAP.COM | May 23 2025 00:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519860612 | + Email/Text: bncmail@w-legal.com | May 22 2025 21:12:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519859376 | EDI: Q3G.COM | May 23 2025 00:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519852793 | EDI: Q3G.COM | May 23 2025 00:50:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519844985 | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 21:34:35 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803515 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 22 2025 21:10:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 519858146 | + EDI: AISACG.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | May 23 2025 00:50:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803635 | ^ | MEBN | May 22 2025 21:08:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803517 | + | EDI: SYNC | May 23 2025 00:50:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519803518 | ^ | MEBN | May 22 2025 21:06:12 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 519811754 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 22 2025 21:22:25 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519803519 | + | EDI: LCIUPSTART | May 23 2025 00:50:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519806993 | ^ | MEBN | May 22 2025 21:07:22 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519818919 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 22 2025 21:35:22 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, POB 169005, Irving, TX 75016-9005 |
| 519803520 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 22 2025 21:22:08 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Thomas R Yesuvida cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor FORECLOSE IN THE NAME OF LAKEVIEW LOAN SERVICING LLC WHETHER THEFORECLOSURE IS JUDICIAL OR NONJUDICIAL. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 148 | Total Noticed: 53 |

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank  N.A. dba Wells Fargo Auto ewassall@logs.com,
    njbankruptcynotifications@logs.com;logsecf@logs.com

Timothy H King
    on behalf of Debtor Thomas R Yesuvida tking@b-vlaw.com  lgrigley@b-vlaw.com;jpryor@b-vlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7